AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Murad Al-Quraan | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  14cv2144 TSC |
| 4115 8th St. NW, LLC d/b/a Lofstel | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Murad Al-Quraan recover from the defendant *(name)* 4115 8th St. NW, LLC d/b/a Lofstel the amount of Seven thousand seven hundred and twenty three dollars ($ 7,723.00 ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____.

☐ other:   The Clerk of Court is directed to enter final judgment in favor of Plaintiff Murad Al-Quraan against Defendant 4115 8th St. NW, LLC d/b/a Loftstel in the amount of $7,723.00, representing $2,052.00 in damages, $2,052.00 in liquidated damages, and $3,619.00 in attorneys fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☑ decided by Judge  Tanya S. Chutkan  on a motion for  Default Judgment

Date: 08/20/2015

*ANGELA D. CAESAR, CLERK OF COURT*

Sarah Moser
*Signature of Clerk or Deputy Clerk*